IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILE

| | |
|---|---|
| ANDERSON LUMBER COMPANY, INC. ) <br> ) <br> Plaintiff ) <br> ) <br> vs. ) <br> ) <br> ) <br> WILLIAM KINNEY and MARGARET ) <br> KINNEY ) <br> ) <br> Defendants ) | No. 3:17-CV-0288 |

## OBJECTION TO MOTION FOR LEAVE TO FILE
## A REVISED AMENDED COMPLAINT

Comes the Plaintiff, Anderson Lumber, Inc. by and through counsel and objects to the Kinneys' Motion for leave to file a revised complaint until such time that the Court rules upon the Objections to Removal from the state court action and Motions to Remand (See Docs. 4 and 5) .

Respectfully submitted this 20th day of December, 2017.

s/ Cathy H, Morton
Cathy H. Morton, BPR # 010240
Attorney for Anderson Lumber Company, Inc.
Kizer & Black, Attorneys, PLLC
329 Cates Street
Maryville, Tennessee 37801
Telephone: (865) 980-1602

## CERTIFICATE OF SERVICE

I hereby certify that on the 20th day of December, 2017, a copy of the foregoing copy of

1

Objection to Motion for Leave to File a Revised Amended Complaint was filed electronically. Notice of this filing was sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties were served by regular U.S. mail, facsimile, or by hand delivery. Parties may access this filing through the Court's electronic filing system.

    The following parties were specifically served by U. S. Mail:

>William Kinney
>2442 Allegheny Loop
>Maryville, Tennessee 37803
>
>Margaret Kinney
>2442 Allegheny Loop
>Maryville, Tennessee 37803
>
>Mr. Charles Taylor, III
>McDonald, Levy & Taylor
>10805 Kingston Pike, Suite 200
>Knoxville, TN 37934

                                      s/ Cathy H. Morton
                                      Cathy H. Morton, BPR # 010240
                                      Attorney for Anderson Lumber Company, Inc.